**1023**

Arthur WAGNER, Trustee in Bankruptcy, etc., Appellant, v. ADVANCE–RUMELY THRESHER COMPANY, Incorporated.

Circuit Court of Appeals, Eighth Circuit. June 19, 1929.

No. 8608.

Glenn D. Kelly, of Davenport, Iowa, for appellant.

W. C. Strock and W. B. Sloan, both of Des Moines, Iowa, for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, but without taxation of attorney fee in favor of appellee, per stipulation of parties.

Monroe WASHER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Second Circuit. November 4, 1929.

No. 6.

Harold R. Lhowe, of New York City (Joseph H. Kraus, of New York City, of counsel), for petitioner.

J. Louis Monarch and Norman D. Keller, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, and Stanley Suydam, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

Sam ZIMMERMAN et al., Appellants, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit. June 1, 1929.

No. 8625.

L. J. Moerke and William Pittenger, both of Duluth, Minn., for appellants.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM. Appeal docketed and dismissed, on motion of counsel for appellee, under rule 16.